## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ANDREW GIBSON, et al.,  *Plaintiffs*  v.  ONETOUCHPOINT WEST CORP., et al.,  *Defendants.* | Case No. 3:22-cv-00276  Judge Walter H. Rice |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to L.R. 83.4, Ursula Smith, with Siri & Glimstad LLP, gives notice that she is withdrawing as counsel of record for Plaintiffs Andrew Gibson, Nakia King, and Marcie Strickland ("Plaintiffs"). Mason A. Barney and D. Sean Nation, also with Siri & Glimstad LLP, and Christopher D. Wiest, will remain counsel of record for Plaintiffs.

Dated:    November ___, 2022
         New York, New York

Respectfully submitted,

_____
Ursula Smith, Esq. (*Pro Hac Vice*)
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: 212-532-1091
Email: usmith@sirillp.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this ___ day of November, 2022, a true and correct copy of the foregoing Notice of Withdrawal of Counsel was electronically filed via the Court's CM/ECF system. Service was accomplished upon all counsel of record via the Court's electronic filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E).

/s/ [signature]