IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| ANDREW GIBSON, et al., | : | CASE NO. 3:22-cv-00276-WHR-CHG |
| Plaintiffs, | : | (Judge Walter H. Rice) |
| | : | (Magistrate Judge Caroline H. Gentry) |
| vs. | : | |
| ONETOUCHPOINT WEST CORP., et al., | : | **ORDER GRANTING JOINT MOTION TO SEVER AND DISMISS CARESOURCE DEFENDANTS WITHOUT PREJUDICE** |
| Defendants. | : | |

This matter is before the Court on the Joint Motion of Plaintiffs Andrew Gibson, Nakia King, and Marcie Strickland ("Plaintiffs"), Defendant OneTouchPoint West Corp. ("OTP"), and Defendants CareSource, CareSource Ohio, Inc., CareSource Indiana, Inc., and CareSource Georgia, Co. ("CareSource Defendants") (collectively, the "Parties") to Sever and Dismiss CareSource Defendants Without Prejudice ("Motion"). For the reasons set forth in the Motion, and for good cause shown, the Motion is **GRANTED**. CareSource Defendants are severed from the above-captioned litigation and dismissed, without prejudice.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE